

# EMPLOYEE
# NON-DISCLOSURE AGREEMENT

This Agreement is between GeoEye Analytics Inc. and its affiliates (collectively, the "Company") and the employee whose name is at the bottom ("Employee").

The Employee will be employed by GeoEye Analytics Inc. and/or one of its affiliates in a capacity in which he or she may receive or contribute to the production of Proprietary Information and Inventions (as defined below).

THEREFORE, the Employee and the Company agree as follows:

**A. Proprietary Information.** "Proprietary Information" means information or material proprietary to the Company and not generally known by people not affiliated with the Company. It includes information designated as Proprietary Information by the Company of or to which the Employee may obtain knowledge or access as a result of the Employee's relationship with the Company, including information discovered or developed in whole or in part by the Employee, information received from third parties, and information so designated as proprietary or so discovered or developed or so received. Proprietary Information includes, but is not limited to, the following types of information and other ideas: concepts, software, designs, drawings, specifications, techniques, models, data, diagrams, flow charts, processes, programs, procedures, "know-how," marketing and development plans, strategic plans, pricing and cost information and financial information. Proprietary Information does not include information that is known to and available for use by the public.

**B. Non-Disclosure.** The Employee agrees that during and for the period of three years after his or her employment with the Company, the Employee shall hold in confidence and not disclose (directly or indirectly) any Proprietary Information to any person or entity, or use any Proprietary Information for any purpose, except as authorized by the Company. The foregoing restrictions shall not apply to information that becomes known to and available for use by the public other than as a result of the Employee's unauthorized acts or failures to act. The Employee acknowledges that all materials that in any way contain or reflect Proprietary Information including, but not limited to, documents, reports, plans, notes, memoranda, sketches, drawings, discs and records (including electronic records), shall belong exclusively to the Company. The Employee agrees to deliver to the Company, at the date of his or her termination of employment with the Company or at any other time the Company may request, all copies of such materials that the Employee may possess or have under his or her control. The Employee also agrees to execute a certificate of compliance with the provisions of this Section B.

**C. Inventions and Patents.** The Employee agrees that all inventions, ideas, processes, developments, know-how, other works of authorship, discoveries, designs, techniques, innovations and improvements related to the Company conceived or made by the Employee during his or her employment period (hereinafter collectively referred to as "Inventions"), belong to the Company. The Employee will promptly disclose any Inventions to the Company and perform all actions reasonably requested by the Company to establish and confirm such ownership. The Employee hereby assigns and agrees to assign in the future (when any such Inventions are first reduced to practice or first fixed in a tangible medium, as applicable) to the Company all of Employee's right, title, and interest in and to any and all Inventions (and all trade secret, patent, copyright, trademark, trade name, service mark, and other intellectual property rights throughout the world with respect thereto) whether or not patentable or registrable under

EXHIBIT 3

copyright or similar statutes, made or conceived or reduced to practice or learned by the Employee, either alone or jointly with others. Employee acknowledges that all original works of authorship which are made by Employee (solely or jointly with others) within the scope of employment and which are protectable by copyright are "works made for hire," pursuant to United States Copyright Act (17 U.S.C., Section 101).

      **D. Solicitation of Employees.** The Employee agrees not to solicit for employment (or to assist with such solicitation), or to hire (including employment as a full-time or part-time employee or as a consultant) any employee of the Company for a one-year period after the termination of Employee's employment with the Company for any reason. The restrictions set forth in this paragraph apply to the solicitation or hiring of any person who is, or within the six months before the termination of Employee's employment, was an employee or consultant of the Company.

      **E. Solicitation of Customers.** For a one-year period after the termination of Employee's employment with the Company for any reason, Employee agrees not to solicit for advancing like products or services (or to assist with such solicitation) any customer or client of the Company with whom the Employee had dealings or about whom the Employee acquired proprietary information during his or her employment.

      **F. Injunctive Relief.** Because of the unique nature of the Proprietary Information and employee and customer relationships, the Employee understands and agrees that the Company will suffer irreparable harm in the event that the Employee fails to comply with any of his or her obligations under Sections B, C, D and E above and that monetary damages will be inadequate to compensate the Company for such breach. Accordingly, the Employee agrees that the Company will, in addition to any other remedies available to them at law or equity, be entitled to injunctive relief to enforce the terms of Sections B, C, D and E.

      This Agreement shall be governed by the laws of the Commonwealth of Virginia. This Agreement contains the full and complete understanding of the parties with respect to the subject matter hereof and supersedes all prior representations and understandings, whether oral or written. Any provision of this Agreement may be amended or waived only with the prior written consent of the parties.

**Company**

_____
Authorized Signature

_____
Date

**AGREED AND ACCEPTED:**

_Louis Paladino_____
Name

_[signature]_____
Signature of Employee

_12-22-10_____
Date

GeoEye Non Disclosure Agreement            December 2010