IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **1:17-CV-01636-WJM-MJW**

DIGITALGLOBE, INC., a Delaware corporation, and
DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC., a Delaware corporation,

      Plaintiff,

v.

LOU PALADINO, an individual,

      Defendant.

## DECLARATION OF DALLAS SMITH

I, Dallas Smith, hereby declare:

1. All statements in this Declaration are based upon information and knowledge that are known personally to me.

2. My title at DigitalGlobe is Senior Intelligence Analyst.

3. I directly reported to Lou Paladino while he was employed by DigitalGlobe.

4. In my capacity as a Senior Intelligence Analyst under Mr. Paladino, I worked on a multimillion dollar project with the United States government's Defense Intelligence Agency ("DIA").

5. I began working for Mr. Paladino on this DIA project in approximately September 2016. I had two DigitalGlobe employees directly reporting to me. While working on this project, I was located in Charlottesville, VA. Mr. Paladino was based in Herndon, VA.

1

6. During one week in February 2017, Lou Paladino travelled to Charlottesville, VA for a scheduled event. This event was less than a week after the announcement that MacDonald, Dettwiler and Associates Ltd. ("MDA") would be acquiring DigitalGlobe.

7. During this week, Mr. Paladino was very vocal that he was upset about the announcement of the MDA acquisition. At one point, Mr. Paladino told me, my subordinate Jeffrey Watkins, Terry Busch (the client contact and decision-maker for the DIA project), and several of Terry Busch's employees, that Paladino was thinking about starting his own business. Mr. Paladino further expressed to the group that his new business would be an "option" for anyone who was interested in joining him.

8. During that same week, Terry Busch approached me and asked if I knew of anyone who could reverse engineer DigitalGlobe's proprietary software, Signature Analyst.

9. Signature Analyst is patented software developed exclusively for DigitalGlobe that enables DigitalGlobe to deliver advanced analytic services and ongoing mission support to meet its government clients' unique and demanding intelligence requirements.

10. Signature Analyst is of critical importance to the DIA project in which I was involved.

11. Because of its importance, DigitalGlobe has upmost priority in maintaining the secrecy and exclusive use of the Signature Analyst software.

12. In response to Terry Busch's inquiry about Signature Analyst, I told him that I did not know anyone who was capable of reverse engineering that software.

2

13. From the interactions I observed, Mr. Paladino did not attempt to leverage his nearly decade-long relationship with Terry Busch to alleviate any concerns about the MDA merger. It did not appear that Mr. Paladino attempted to reassure Mr. Busch that an MDA acquisition would not change the quality of service the Government received.

14. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of August, 2017.

                                        */s/  Dallas Smith*
                                        Dallas Smith