IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.:  1:17-CV-01636-WJM-MJW**

DIGITALGLOBE, INC., a Delaware corporation, and
DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC., a Delaware corporation,

      Plaintiff,

v.

LOU PALADINO, an individual,

      Defendant.

## DECLARATION OF JEFFREY WATKINS

I, Jeffrey Watkins, hereby declare:

1. All statements in this Declaration are based upon information and knowledge that are known personally to me.

2. I am an intelligence analyst at DigitalGlobe Intelligence Soluctions, Inc.

3. Until approximately June 2017, I was working on a major data analytics project with the United States Government Defense Intelligence Agency ("DIA").  I reported directly to Dallas Smith, who reported to Lou Paladino.

4. One week in February or March of 2017, I attended an event in Charlottesville, VA, which Lou Paladino also attended.  This event was less than a week after the announcement that MacDonald, Dettwiler and Associates, Ltd. ("MDA") would be acquiring DigitalGlobe.

1

5.     At one point during this event, I was speaking after hours with Lou Paladino. In that conversation, Mr. Paladino told me that he was upset about the MDA acquisition, that Mr. Paladino was thinking about starting his own competing business, and that he would be contacting lawyers about that possibility. Mr. Paladino told us that we could go with him if we wanted to.

6.     During that same conversation, when he and I were alone after hours, Lou Paladino directly told me to slow down or stop work on a new algorithm for the DIA project.

7.     His instruction to slow down or stop my work seemed to me to be contrary to the overall progress of the project.

8.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of August, 2017.

> */s/ Jeffrey Watkins*
> Jeffrey Watkins