IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:17-CV-01636-WJM-MJW**

DIGITALGLOBE, INC., a Delaware corporation, and
DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC., a Delaware corporation,

    Plaintiff,

v.

LOU PALADINO, an individual,

    Defendant.

## DECLARATION OF ANDREW JENKINS

I, Andrew Jenkins, hereby declare:

1. All statements in this Declaration are based upon information and knowledge that are known personally to me.

2. My current title at DigitalGlobe is Principle Data Scientist.

3. In late 2016 to approximately June 2017, I directly reported to Lou Paladino on work I was doing for a United States Government Defense Intelligence Agency ("DIA") project.

4. Around February 2017, it was announced that MacDonald, Dettwiler and Associates, Ltd. ("MDA") would be acquiring DigitalGlobe.

5. Shortly after the MDA acquisition was announced, I started noticing certain events that concerned me about Mr. Paladino's handling of work for DIA.

1

6.  Specifically, shortly after the announcement of the MDA acquisition, I experienced a general slowing down of work without adequate explanation. For example, after experiencing good results with certain telemetry data technology, Paladino directed that work on that technology cease abruptly without reason.

7.  Additionally, I was instructed to move code used in the DIA project to infrastructure controlled by BigBear, Inc., a satellite imagery company with whom DigitalGlobe has partnered on certain data collection tasks.

8.  My concerns were related to Mr. Paladino's solicitation of DigitalGlobe employees, including me.

9.  In spring 2017, I had multiple discussions with Paladino and others about the possibility of starting a new competing business and/or about going to work for BigBear, Inc. ("BigBear"). Paladino told me he had been in contact with Frank Porcelli at BigBear. Paladino told me that BigBear would hire him and other DigitalGlobe employees, and that BigBear would cover any legal fees associated with the transition.

10. Mr. Paladino also directed me and other DigitalGlobe employees not to discuss the new venture or to use DigitalGlobe communication platforms with regard to conversations related to the new venture.

11. Mr. Paladino sent me and several other DigitalGlobe employees an invitation for a meeting at Paladino's' house on April 13, 2017 to discuss the new venture. I did not attend the meeting because I decided not to be involved in any further discussions about leaving DigitalGlobe.

12. After Mr. Paladino officially informed DigitalGlobe he was leaving to join BigBear, Mr. Paladino told me that he was going to be doing certain work supporting DIA at BigBear. Mr. Paladino took related work for another government agency, a potential growth opportunity which he initially promoted while he was still at DigitalGlobe, with him to BigBear.

13. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of August, 2017.

*/s/ Andrew Jenkins*
Andrew Jenkins

3