**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. 1:17-CV-01636-WJM-MJW    PLAINTIFF'S LIST: ☐    DEFENDANT'S LIST: ☒    THIRD PTY DEFTS. LIST: ☐

DIGITALGLOBE, INC. and DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC. vs. LOUIS PALADINO    DATE August 30, 2017

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | Louis Paladino's business card | | X | | | | | |
| B | | Excerpts from SEC filing between DG and GeoEye Analytics, LLC re merger, January 2013 | | X | | | | | |
| C | | Email dated 3/12/13 from Peter Frank to Ray Conner, et al. re Issues regarding DG Employee NDA | | | | | | | |
| D | | SBIR Award, 4/11/16 | | | | | | | |
| E | | Powerpoint slide: DigitalGlobe-DIA Customer Rules of Engagement, 9/16 | | X | | | | | |
| F | | Powerpoint presentation: Micro-Satellite and Advanced Analytics Pilot Program Brief, 9/2/16 | | X | | | | | |
| G | | Email dated 9/7/16 from Tony Frazier to Terrence Busch re DigitialGlobe Capabilities Briefing for DIUx Revisit SAR FRI | | X | | | | | |
| H | | Email dated 4/6/17 from Louis Paladino to Matthew Nuzzo re Data Access | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| I | | Text message between Terry Busch and Lou Paladino, 5/2/17 | | X | | | | |
| J | | Louis Paladino paystub from 6/16/17 to 6/30/17 pay period | | X | | | | |
| | | Demonstratives | | | | | | |
| | | Any exhibit identified by Plaintiff | | | | | | |
| | | Any exhibit needed for impeachment or rebuttal | | | | | | |

10147888_1