**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Case No. 1:17-CV-01636-WJM-MJW                    Date August 30, 2017

Case Title DIGITALGLOBE, INC., et al. vs. LOUIS PALADINO

DEFENDANT'S FINAL WITNESS LIST

| WITNESS & DATE | PROPOSED LENGTH OF TESTIMONY | | | | | |
|---|---|---|---|---|---|---|
| Louis Paladino | Direct: | 60 minutes | Cross: | 30 minutes | Total: | 90 minutes |
| Frank Porcelli | Direct: | 20 minutes | Cross: | 10 minutes | Total: | 30 minutes |
| Shane Cleary | Direct: | 10 minutes | Cross: | 5 minutes | Total: | 15 minutes |
| Thomas Burk | Direct: | 10 minutes | Cross: | 5 minutes | Total: | 15 minutes |

10147925_1