**FINAL LIST OF PROPOSED EXHIBITS**

CASE NO. **17-CV-01636-WJM-MJW**     PLAINTIFF'S LIST: ☒     DEFENDANT'S LIST: ☐     THIRD PTY DEFTS. LIST: ☐

CAPTION **DigitalGlobe, Inc, and DigitalGlobe Intelligence Solutions, Inc. v. Lou Paladino**     DATE **8/30/2017**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Employee Invention, Confidential Information, Non-Competition and Non-Solicitation Agreement | | X | | | | | |
| 2 | | DigitalGlobe, Inc. 2007 Employee Stock Option Plan – Amended and Restated Effective February 17, 2016 | | X | | | | | |
| 3 | | GeoEye Employee Non-Disclosure Agreement dated December 22, 2010 | | X | | | | | |
| 4 | | Text Messages between Frazier and Paladino | | X | | | | | |
| 5 | | Paladino Position History | | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 6 | | March 1, 2017 WAN email from Paladino | | X | | | | | |
| 7 | | March 1, 2017 email from Paladino to team re Brief to Jeff Tarr | | X | | | | | |
| 8 | | March 8, 2017 WAN email from Paladino | | X | | | | | |
| 9 | | March 28, 2017 email from Paladino entitled Wiser-Tundra | | X | | | | | |
| 10 | | April 5, 2017 Congratulations email | | X | | | | | |
| 11 | | Text Messages from Paladino to Jenkins re move data point | | X | | | | | |
| 12 | | April 13, 2017 Calendar Invite | | X | | | | | |
| 13 | | Email chain between Paladino and Jenkins entitled "sorry" | | X | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 14 | | DigitalGlobe, Inc. 2007 Employee Stock Option Plan – Amended and Restated Effective May 22, 2012 | | X | | | | | |
| 15 | | Text Messages from Paladino re DG is coming after me | | X | | | | | |
| 16 | | Screen Shot of Paladino LinkedIn page | | X | | | | | |
| 17 | | No Exhibit | | | | | | | |
| 18 | | Monthly Report (December 2016) | | X | | | | | |
| 19 | | Monthly Report (January 2017) | | X | | | | | |
| 20 | | Monthly Report (February 2017) | | X | | | | | |
| 21 | | Email chain between Pope and Bernardo | | X | | | | | |
| 22 | | Email chain between Jones and Paladino | | X | | | | | |
| 23 | | DGIS Management Track | | | | | | | |

| EXHIBIT NO. / LTR | WITNESS | DESCRIPTION | ADM / AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| | | Any and all exhibits listed by Defendant | | | | | | | |
| | | Any and all exhibits necessary for impeachment or rebuttal | | | | | | | |
| | | Any other exhibits necessitated by issued raised at the hearing | | | | | | | |
| | | Demonstrative exhibits | | | | | | | |