IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Action No. 17-cv-01636-WJM-MJW

DIGITALGLOBE, INC., a Delaware corporation, and
DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC., a Delaware corporation,

    Plaintiffs,

v.

LOUIS PALADINO, an individual,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS**

---

IT IS STIPULATED AND ORDERED that at the conclusion of the Preliminary Injunction Hearing counsel for the parties shall retain custody of their respective original exhibits until such time as all need for the original exhibits has terminated, and the time to appeal has expired, or all appellate proceedings have been terminated, plus sixty days.

DATED at Denver, Colorado this 30th day of August, 2017.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiffs
Craig Finger

_____
Attorney for Defendant
Timothy J. McEvoy