IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael J. Watanabe**

| | | | |
|---|---|---|---|
| Civil Action No: | 17-cv-01636-WJM-MJW | Date: | September 11, 2017 |
| Courtroom Deputy: | Stacy Libid | FTR: | Courtroom A-502 |

*Parties:*                                                        *Counsel:*

DIGITALGLOBE, INC., a Delaware corporation, and           Craig Finger
DIGITALGLOBE INTELLIGENCE SOLUTIONS,                      Aaron Hughes
INC., a Delaware corporation,                             John McDermott

    Plaintiffs,

v.

LOU PALADINO, an individual,                              Christopher Toll
                                                          Claire Hanson

    Defendant.

## COURTROOM MINUTES

**RULE 16 SCHEDULING CONFERENCE**

**10:01 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Parties shall complete their Fed. R. Civ. P. 26(a)(1) disclosures **on or before September 15, 2017.**

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Motion for Protective Order and proposed Protective Order **on or before September 25, 2017.**

Joinder of Parties/Amendment to Pleadings: **October 26, 2017**
Discovery Cut-off: **April 26, 2018**

Dispositive Motions Deadline: **May 25, 2018**

Each side shall be limited to 12 fact depositions, excluding experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served on or before **March 27, 2018**.

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **February 26, 2018**
Disclosure of Rebuttal Experts: **March 26, 2018**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**ORDERED:** **A Final Pretrial Conference is set for July 24, 2018 at 9:00 a.m. (MST) in Courtroom A-502, before Magistrate Judge Michael J. Watanabe. A proposed Final Pretrial Order shall be filed on or before July 17, 2018. In accordance with Fed.R.Civ.P. 16(e), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.**

The parties anticipate an 8 day trial to a jury.
The Honorable William J. Martinez will set a Trial Preparation Conference and Trial at a future date.

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

Anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid current photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement may result in denial of entry to the courthouse.

Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained unless a written request is made five (5) business days in advance of the date of appearance.

**Scheduling Order entered.**
**10:16 a.m.     Court in recess.**

Hearing concluded.
Total in-court time:   00:15

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536.