IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-CV-01636-WJM-MJW

DIGITALGLOBE, INC., a Delaware corporation, and
DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC.,
a Delaware corporation,

    Plaintiffs,

v.

LOUIS PALADINO, an individual,

    Defendant.

## UNOPPOSED MOTION FOR ORDER RESTRICTING ACCESS TO DEFENDANT'S RESPONSE TO QUESTIONS POSED BY THE COURT'S AUGUST 31, 2017 ORDER

Pursuant to Fed. R. Civ. P. 5.2(d) and D.C.COLO.LCivR 7.2(c), Defendant Louis Paladino respectfully requests that the Court restrict access to Defendant's Response to Questions Posted by the Court's August 31, 2017 Order (Doc. 45), along with its exhibits (collectively, the "Response").

During the preliminary injunction hearing in this matter, the Parties and Court agreed to seal portions of the transcript that discussed exhibits with highly sensitive and confidential information related to national defense. When the court reporter circulated the hearing transcript to the Parties, she asked the Parties to confirm the start and end points for each of the sealed sections prior to her filing the transcript publicly. The Parties have not yet done so. Defendant's Response and exhibits reference the transcript and hearing throughout, and the transcript itself is attached to the Response as Exhibit 1. The Parties agree that the Response and exhibits should

therefore be restricted to the Parties and Court, to maintain confidentiality of the information discussed at the hearing that the Parties and Court agreed should be sealed.

Paladino therefore seeks Restricted Access Level 1 for the Response and its exhibits.

### **D.COLO.LCivR 7.1(a) CERTIFICATION**

Defendant's counsel has conferred with Plaintiffs' counsel regarding this Motion. Plaintiffs' counsel consents to the restriction sought.

Dated:  September 19, 2017.                    Respectfully Submitted,

                                        s/*Christopher H. Toll*  
Christopher Toll  
HOLLAND & HART  
6380 S. Fiddlers Green Cir., Suite 500  
Greenwood Village, CO  80111  
303-295-1637 (Office)  
ctoll@hollandhart.com

Claire E. Wells Hanson  
HOLLAND & HART  
555 17th Street, Suite 3200  
Denver, CO  80202  
303-295-8247 (Office)  
cehanson@hollandhart.com

Timothy J. McEvoy (admitted July 26, 2017)  
Patrick J. McDonald (admitted July 27, 2017)  
CAMERON/MCEVOY PLLC  
4100 Monument Corner Drive, Suite 420  
Fairfax, Virginia 22030  
703-273-8898 (Office)  
703-273-8897 (Fax)  
tmcevoy@cameronmcevoy.com  
pmcdonald@cameronmcevoy.com

*Counsel for Defendant*

**Certificate Of Service**

I hereby certify that on September 19, 2017, I caused to be electronically filed the foregoing document with the Clerk of Court using CM/ECF system which will send notification of such filing to counsel of record at the following e-mail addresses:

    John V. McDermott, Esq. (jmcdermott@bhfs.com)
    Aaron Van Hughes, Esq. (vhughes@bhfs.com)
    Craig M. Finger, Esq. (cfinger@bhfs.com)
    (counsel for Plaintiffs)


                                      */s/ Dorina O'Toole*
                                      Dorina O'Toole
                                      Holland & Hart LLP

10186122_1

-3-