IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01636-WJM-MJW

DIGITALGLOBE, INC., a Delaware corporation,

Plaintiff,

v.

LOU PALADINO, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's Motion for Order Restricting Access to Defendant's Response to Questions Posed by the Court's August 31, 2017 Order (Docket No. 50) is GRANTED finding the subject motion meets the requirements as outlined in D.C.COLO.LCivR 7.2(c).  The Clerk of the Court is directed to place Docket Nos. 45, 45-1, 45-2, 45-3, 45-4, and 45-5 under Level 1 Restriction.

Date: September 26, 2017