IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.: 1:17-CV-01636-WJM-MJW**

DIGITALGLOBE, INC., a Delaware corporation, and
DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC.,

      Plaintiffs,

v.

LOUIS PALADINO, an individual,

      Defendant.

---

### NOTICE OF INTENT TO REDACT TRANSCRIPT

---

Plaintiffs DigitalGlobe, Inc. and DigitalGlobe Intelligence Solutions, Inc. ("DGIS") (collectively "DigitalGlobe") submit this Notice to advise the Court that they intend to redact Confidential portions of the transcript from the Evidentiary Hearing held on August 30, 2017.

1

Respectfully submitted November 2, 2017.

                                     BROWNSTEIN HYATT FARBER SCHRECK, LLP

                                     */s/ John V. McDermott*
                                     John V. McDermott
                                     Van Aaron Hughes
                                     Craig M. Finger
                                     Brownstein Hyatt Farber Schreck, LLP
                                     410 Seventeenth Street, Suite 2200
                                     Denver, CO 80202
                                     303-223-1100
                                     Email:    jmcdermott@bhfs.com
                                                     vhughes@bhfs.com
                                                     cfinger@bhfs.com

                                     *Attorneys for Plaintiffs DIGITALGLOBE, INC. and DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC.*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 2, 2017, I electronically filed a true and correct copy of the foregoing **NOTICE OF INTENT TO REDACT TRANSCRIPT** with the clerk of Court via the CM/ECF system which will send notification of such filing and service upon counsel of record listed below:

| | |
|---|---|
| Christopher Toll<br>Holland & Hart<br>6380 S. Fiddlers Green Cir., Suite 500<br>Greenwood Village, CO 80111<br>303.295.1637<br>ctoll@hollandhart.com | Claire E. Wells Hanson<br>Holland & Hart<br>555 17th Street, Suite 3200<br>Denver, CO 80202<br>303-290-1673<br>cewellshanson@hollandhart.com |

Timothy J. McEvoy
Patrick J. McDonald
Cameron/McEvoy PLLC
4100 Monument Corner Drive
Suite 420
Fairfax, Virginia 22030
703.273.8898
tmcevoy@cameronmcevoy.com
pmcdonald@cameronmcevoy.com

                                                          *s/Paulette M. Chesson*
                                                          Paulette M. Chesson, Paralegal
                                                          Brownstein Hyatt Farber Schreck, LLP
                                                          410 Seventeenth Street, Suite 2200
                                                          Denver, CO 80202
                                                          303-223-1100