IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01636-WJM-MJW

DIGITALGLOBE, INC., a Delaware corporation, and
DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC., a Delaware corporation,

Plaintiffs,

v.

LOU PALADINO, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order Concerning Confidential Information (Docket No.61) is GRANTED finding good cause shown.  The written Stipulated Protective Order Concerning Confidential Information (Docket No. 61-1) is APPROVED as amended on page 2 [top paragraph] and made an Order of Court.

Date: November 6, 2017