IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-CV-01636-WJM-MJW

DIGITALGLOBE, INC., a Delaware corporation, and
DIGITALGLOBE INTELLIGENCE SOLUTIONS, INC., a Delaware corporation,

    Plaintiffs,
v.

LOUIS PALADINO, an individual,

    Defendant.

## NOTICE OF INTENT TO REDACT TRANSCRIPT

Defendant Louis Paladino submits this Notice to advise the Court that he intends to redact Confidential and government confidential portions of the transcript from the evidentiary hearing held on August 30, 2017.

Dated: November 7, 2017.

    Respectfully Submitted,

    s/*Christopher H. Toll*
    Christopher Toll
    HOLLAND & HART
    6380 S. Fiddlers Green Cir., Suite 500
    Greenwood Village, CO 80111
    303-295-1637 (Office)
    ctoll@hollandhart.com

    Claire E. Wells Hanson
    HOLLAND & HART
    555 17th Street, Suite 3200
    Denver, CO 80202
    303-295-8247 (Office)
    cehanson@hollandhart.com

        Timothy J. McEvoy (admitted July 26, 2017)
        Patrick J. McDonald (admitted July 27, 2017)
        CAMERON/MCEVOY PLLC
        4100 Monument Corner Drive, Suite 420
        Fairfax, Virginia 22030
        703-273-8898 (Office)
        703-273-8897 (Fax)
        tmcevoy@cameronmcevoy.com
        pmcdonald@cameronmcevoy.com

        ***Counsel for Defendant***

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of November, 2017, I caused a true copy of the foregoing to be served via email on the following counsel of record:

John V. McDermott, Esq.
Aaron Van Hughes, Esq.
Craig M. Finger, Esq.
BROWNSTEIN HYATT FARBER SCHRECK, LLP
410 Seventeenth Street, Suite 2200
Denver, Colorado 80202-44432

                                        s/*Dorina O'Toole*
                                        Dorina O'Toole

10348912_1