IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01636-WJM-MJW

DIGITALGLOBE, INC., a Delaware corporation,

Plaintiff,

v.

LOU PALADINO, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion for Redaction of Hearing Transcript (Docket No. 69) is GRANTED in part. As Plaintiffs' argue, Defendant does not identify which specific portions of the transcript include information that implicate Part 252.204-7000(a). Further, Defendant's statement that he believes that essentially all of the transcript (Docket No. 81 at 1 ("page 10:7 to the close of the evidence at page 300:6")) contains such information seems to push the boundaries of Local Rule 7.2(a)'s clear mandate that "the public shall have access to all documents filed with the court and court proceedings." However, the Court understands that Defendant "is seeking guidance from the Government" regarding its interpretation of Part 252.204-7000(a). (Docket No. 69 at 2). Accordingly, it is further ORDERED that the Clerk of the Court shall place Docket No. 59 under Level 1 Restriction. It is further ORDERED that after Defendant receives guidance from the government regarding its interpretation of Part 252.204-7000(a), Defendant shall file a redacted version of Docket No. 59 on the docket if any portion of this document does not contain information that the government believes must be restricted from public access. It is further ORDERED that if Defendant has not received guidance from the government by January 26, 2018, Defendant shall file a Status Report on the docket informing the Court of the status of his correspondence with the government regarding Part 252.204-7000(a).

Date: December 21, 2017