IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01636-WJM-MJW

DIGITALGLOBE, INC., a Delaware corporation,

Plaintiff,

v.

LOU PALADINO, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiffs' Motion to Redact Transcript Other Than the Five Personal Identities (Docket No. 68), which the Court construes as a Notice of Intent to Redact, is GRANTED for good cause shown and finding the subject motion meets the requirements as outlined in D.C.COLO.LCivR 7.2(c). The Clerk of the Court is directed to place Docket No. 59 under Level 1 Restriction.

    It is FURTHER ORDERED that on or before **January 19, 2018**, Plaintiffs shall file a "**Request for Redaction-Transcript**" indicating by page and line number the information to be redacted by the court reporter/transcriber. Further information regarding the redaction of transcripts can be found in the Guide to Transcript Redaction which can be accessed electronically under the Court Operations tab on the Court's website (select CMECF from the drop-down menu).

Date: January 8, 2018