IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-01636-WJM-MJW

DIGITALGLOBE, INC., a Delaware corporation,

Plaintiff,

v.

LOU PALADINO, an individual,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant's Motion for Order Restricting Access to Defendant's Reply in Further Support of His Motion to Join the Defense Intelligence Agency as a Necessary Party (Docket No. 89)[1] is GRANTED finding the subject motion meets the requirements as outlined in D.C.COLO.LCivR 7.2(c). Accordingly, it is further ORDERED that the Clerk of the Court shall place Docket No. 86 under Level 1 Restriction. It is further ORDERED that after Defendant receives guidance from the government regarding its interpretation of Part 252.204-7000(a), Defendant shall file a redacted version of this document on the docket if any portion of this document contains information that the government believes must be restricted from public access.

Date: January 30, 2018

---

[1] The Court may rule on a pending motion at any time. D.C.COLO.LCivR 7.1(d). This motion was publicly posted on the Court's website and no objection has been filed within the time allowed under D.C.COLO.LCivR 7.2(d).